HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENNIS WILLHITE,

    Plaintiff,

    v.

FARMERS INSURANCE GROUP, et al.,

    Defendants.

CASE NO. C12-1509RAJ

ORDER

The parties have agreed that Mr. Willhite may file an amended complaint that removes the claim that ERISA preempts, and that provided he does so, there is no objection to remanding this case to King County Superior Court.

The court accordingly directs the clerk to TERMINATE each of Mr. Willhite's pending motions (Dkt. ## 17, 18). Mr. Willhite shall file an amended complaint no later than April 4, 2013. If the court receives no objection from Defendants by April 11, 2013, the court will remand this action to King County Superior Court.

DATED this 29th day of March, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1